UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE BLACK & DECKER CORPORATION, )<br>BLACK & DECKER, INC., BLACK & DECKER )<br>(U.S.) INC., EMHART CORPORATION, and )<br>EMHART INDUSTRIES, INC., )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 96-10804-DPW<br>NO. 1:04-CV-10656-DPW<br>(Bostik Marshall Site) |

**ASSENTED TO MOTION FOR LEAVE TO FILE
A BRIEF IN EXCESS OF TWENTY PAGES**

Black & Decker moves, pursuant to Local Rule 7.1(B)(4), for leave to file a memorandum of more than twenty pages in opposition to Liberty Mutual Insurance Company's Supplemental Motion For Summary Judgment With Respect To The Bostik Marshall Site. A memorandum in excess of twenty pages is appropriate to address and respond adequately to the issues pertinent to this motion.

Liberty Mutual assents to this motion.

By their attorneys,

Dated: December 9, 2004

/s/ Jack R. Pirozzolo
Jack R. Pirozzolo BBO # 400400
Richard L. Binder BBO # 043240
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470