UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE BLACK & DECKER CORPORATION, )<br>BLACK & DECKER, INC., BLACK & DECKER )<br>(U.S.) INC., EMHART CORPORATION, and )<br>EMHART INDUSTRIES, INC., )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 96-10804-DPW<br>NO. 1:04-CV-10656-DPW<br>(Bostik Marshall Site) |

**ASSENTED TO MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN BLACK & DECKER FILINGS CONCERNING ITS OPPOSITION TO LIBERTY MUTUAL'S SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT REGARDING THE BOSTIK MARSHALL SITE**

Black & Decker, with the assent of Liberty Mutual, moves, pursuant to Local Rule 7.2, for leave to file under seal the Opposition Of Black & Decker To Supplemental Summary Judgment Motion Of Liberty Mutual With Respect To The Bostik Marshall Site and the Affidavit of James J. Nicklaus in support thereof. Said filings contain or refer to confidential documents produced by the parties pursuant to protective orders designed to ensure the confidentiality of said documents. Said filings also respond to Liberty Mutual filings which themselves were filed under seal. Pursuant to Local Rule 7.2, Black & Decker requests that this Court enter an Order authorizing the sealing of the memorandum and affidavit, filed in connection with its opposition to Liberty Mutual's summary judgment motion.

~~2~~

Black & Decker also requests that the Court maintain said documents under seal until this action is closed and, thereafter, that said documents be returned to counsel.

By their attorneys,

Dated:  December 9, 2004

/s/ Jack R. Pirozzolo
Jack R. Pirozzolo, BBO# 400400
Richard L. Binder, BBO# 043240
James J. Nicklaus, BBO# 564806
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts  02110
(617) 482-5470